FILED
02 OCT 28 PM 3:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JASON SMITH and JOHN G. SNELLING, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>HEALTHSOUTH CORPORATION, RICHARD M. SCRUSHY, WILLIAM OWENS, GEORGE STRONG and WESTON L. SMITH,<br><br>          Defendants. | Civil Action No. 02-CV-2105 (KB)<br><br>SECURITIES CLASS ACTION |

(see additional captions on subsequent pages)

**NOTICE OF MOTION IN SUPPORT OF THE MOTION OF THE LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM TO BE APPOINTED LEAD PLAINTIFF PURSUANT TO §21(D)(a)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934; TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL; AND TO CONSOLIDATE ALL RELATED ACTIONS**



58

| | |
|---|---|
| MARK G. EPSTEIN, on behalf of himself and all others similarly situated, : | Civil Action No. 02-CV-2147 |
| Plaintiff, : | SECURITIES CLASS ACTION |
| v. : | |
| HEALTHSOUTH CORPORATION, RICHARD M. SCRUSHY, WILLIAM OWENS, and WESTON L. SMITH, : | |
| Defendants. : | |
| V.E. EPPS, as Trustee for the Ed Epps Trust, individually and on behalf of all others similarly situated, : | Civil Action No. 02-CV-2161 |
| Plaintiff, : | SECURITIES CLASS ACTION |
| v. : | |
| HEALTHSOUTH CORPORATION, RICHARD M. SCRUSHY, WILLIAM T. OWENS, WESTON L. SMITH, and GEORGE STRONG : | |
| Defendants. : | |
| MORDECAI POLLOCK, on behalf of himself and all others similarly situated, : | Civil Action No. 02-CV-2175 |
| Plaintiff, : | SECURITIES CLASS ACTION |
| v. : | |
| HEALTHSOUTH CORPORATION, RICHARD M. SCRUSHY, WILLIAM T. OWENS, and WESTON L. SMITH, : | |
| Defendants. : | |

| | |
|---|---|
| MICHAEL T. BURKE, on behalf of himself and all others similarly situated, | Civil Action No. 02-CV-2178 |
| Plaintiff, | SECURITIES CLASS ACTION |
| v. | |
| HEALTHSOUTH CORPORATION, RICHARD M. SCRUSHY, WILLIAM T. OWENS, and WESTON L. SMITH, | |
| Defendants. | |
| GAIL LYNN STARK, on behalf of herself and all others similarly situated, | Civil Action No. 02-CV-2193 |
| Plaintiff, | SECURITIES CLASS ACTION |
| v. | |
| HEALTHSOUTH CORPORATION, RICHARD M. SCRUSHY, WILLIAM T. OWENS, WESTON L. SMITH and GEORGE STRONG, | |
| Defendants. | |
| WALTER STRAUSS, on behalf of himself and all others similarly situated, | Civil Action No. 02-CV-2194 |
| Plaintiff, | SECURITIES CLASS ACTION |
| v. | |
| HEALTHSOUTH CORPORATION, RICHARD M. SCRUSHY, WILLIAM T. OWENS, and WESTON L. SMITH, | |
| Defendants. | |

| | |
|---|---|
| JOHN MIZZARO, on behalf of himself and all others similarly situated, | Civil Action No. 02-CV-2195 |
| Plaintiff, | SECURITIES CLASS ACTION |
| v. | |
| HEALTHSOUTH CORPORATION, RICHARD M. SCRUSHY, WILLIAM T. OWENS, WESTON L. SMITH, and GEORGE STRONG | |
| Defendants. | |
| DONALD HERMAN, on behalf of himself and all others similarly situated, | Civil Action No. 02-CV-2232 |
| Plaintiff, | SECURITIES CLASS ACTION |
| v. | |
| HEALTHSOUTH CORPORATION, RICHARD M. SCRUSHY, WILLIAM T. OWENS, WESTON L. SMITH, and GEORGE STRONG | |
| Defendants. | |
| DAVID MINKER, on behalf of himself and all others similarly situated, | Civil Action No. 02-CV-2252 |
| Plaintiff, | SECURITIES CLASS ACTION |
| v. | |
| HEALTHSOUTH CORPORATION, RICHARD M. SCRUSHY, WILLIAM T. OWENS, WESTON L. SMITH, and GEORGE STRONG | |
| Defendants. | |

| | |
|---|---|
| ALBERT M. KLEIN, Individually and as Beneficiary of the ALBERT M. KLEIN IRA, and on behalf of all others similarly situated, | Civil Action No. 02-CV-2259 |
| Plaintiff, | SECURITIES CLASS ACTION |
| v. | |
| HEALTHSOUTH CORPORATION, RICHARD M. SCRUSHY, WILLIAM T. OWENS, WESTON L. SMITH, and GEORGE STRONG | |
| Defendants. | |
| KARL BOWER and CARLA BOWER, on behalf of themselves and all others similarly situated, | Civil Action No. 02-CV-2264 |
| Plaintiff, | SECURITIES CLASS ACTION |
| v. | |
| HEALTHSOUTH CORPORATION, RICHARD M. SCRUSHY, WILLIAM T. OWENS, WESTON L. SMITH, and GEORGE STRONG | |
| Defendants. | |

| | |
|---|---|
| GREG WHITE, on behalf of himself and all others similarly situated, | Civil Action No. 02-CV-2309 |
| Plaintiff, | SECURITIES CLASS ACTION |
| v. | |
| HEALTHSOUTH CORPORATION, RICHARD M. SCRUSHY, WILLIAM T. OWENS, WESTON L. SMITH, and GEORGE STRONG | |
| Defendants. | |
| HENRY KELLY, on behalf of himself and all others similarly situated, | Civil Action No. 02-CV-2330 |
| Plaintiff, | SECURITIES CLASS ACTION |
| v. | |
| HEALTHSOUTH CORPORATION, RICHARD M. SCRUSHY, WILLIAM T. OWENS, WESTON L. SMITH, and GEORGE STRONG | |
| Defendants. | |
| RUTH GERSTLE, on behalf of herself and all others similarly situated, | Civil Action No. 02-CV-2349 |
| Plaintiff, | SECURITIES CLASS ACTION |
| v. | |
| HEALTHSOUTH CORPORATION, RICHARD M. SCRUSHY, WILLIAM T. OWENS, WESTON L. SMITH, and GEORGE STRONG | |
| Defendants. | |

| | | |
|---|---|---|
| ERNEST D. BLAIR, individually and on behalf of all others similarly situated, | : | Civil Action No. 02-CV-2437 |
| Plaintiff, | : | SECURITIES CLASS ACTION |
| v. | : | |
| HEALTHSOUTH CORPORATION, RICHARD M. SCRUSHY, WILLIAM T. OWENS, WESTON L. SMITH, and GEORGE STRONG | : | |
| Defendants. | : | |
| MATT VREDENURG, individually and on behalf of all others similarly situated, | : | Civil Action No. 02-CV-2565 |
| Plaintiff, | : | SECURITIES CLASS ACTION |
| v. | : | |
| RICHARD W. SCRUSHY, C. SAGE GIVENS, WILLIAM OWENS, GEORGE STRONG, CHARLES W. NEWHALL, JON F. HANSON, JOHN S. CHAMBERLIN, JOEL C. GORDON, LARRY D. STRIPLIN, JR., PHILLIP C. WATKINS, ROBERT P. MAY, and HEALTHSOUTH CORPORATION, | : | |
| Defendants. | : | |

PLEASE TAKE NOTICE that on a date and time to be set by the Court, the Louisiana Municipal Police Employees' Retirement System ("MPERS"), by its undersigned attorneys, will

1

move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995, P.L. 104-67, 109 Stat. 737 (the "Reform Act"), for an Order:

    1.    Consolidating the above-captioned actions, as well as any other related actions pending in this Court and any subsequently filed or transferred actions;

    2.    Appointing MPERS as the Lead Plaintiff in the consolidated actions; and

    3.    Approving MPERS's choice of counsel, the law firm of Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel and James L. North & Associates as Local Counsel in the consolidated actions.

PLEASE TAKE FURTHER NOTICE that in support of this motion, MPERS will rely upon the accompanying Memorandum of Law, the Declaration of James L. North in Support of the Motion of the Louisiana Municipal Police Employees' Retirement System To Be Appointed Lead Plaintiff, Approve Its Selection of Counsel, and Consolidate The Above-Captioned Actions, the pleadings filed in this case and other related cases, and such other written or oral argument as may be presented to the Court.

Respectfully submitted this 28th day of October, 2002.

JAMES L. NORTH & ASSOCIATES

*/s/ James L. North*

James L. North
Suite 700 Title Building
300 N. 21st Street
Birmingham, Alabama 35203

Local Counsel for the Class


**BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP**
Douglas M. McKeige
Javier Bleichmar
Eitan Misulovin
1285 Avenue of the Americas
New York, New York 10019
212-554-1400

Attorneys for the Louisiana Municipal Police Employees' Retirement System and Proposed Lead Counsel for the Class

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on the following counsel of record, by First Class Mail, postage prepaid, this 28th day of October, 2002.

David R. Donaldson, Esq.
David J. Guin, Esq.
Tammy McClendon Stokes, Esq.
DONALDSON & GUIN, LLC
Two North Twentieth Building
2 North 20th Street, Suite 1100
Birmingham, Alabama 35203

Steven G. Schulman, Esq.
Samuel H. Rudman, Esq.
Andrei V. Rado, Esq.
MILBERG WEISS BERSHAD HYNES
  & LERACH, LLP
One Pennsylvania Plaza
New York, New York 10119

Kenneth J. Vianale, Esq.
Maya Saxena, Esq.
5355 Town Center Road
Suite 900
Boca Raton, Florida 33486

Nadeem Faruqi, Esq.
FARUQI & FARUQI, LLP
320 East 39th Street
New York, New York 10016

N. Lee Cooper, Esq.
Patrick C. Cooper, Esq.
Scott S. Brown, Esq.
MAYNARD COOPER & GALE, PC
AmSouth/Harbert Plaza
1901 6th Avenue North
Suite 2400
Birmingham, Alabama 35203-2618

Thomas L. Krebs, Esq.
HASKELL SLAUGHTER YOUNG & REDIKER
AmSouth/Harbert Plaza, Suite 1200
1901 6th Avenue North
Birmingham, Alabama 35203

Peter Q. Bassett, Esq.
Susan E. Hurd, Esq.
ALSTON & BIRD, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

Lanny J. Davis, Esq.
PATTON BOGGS, LLP
2550 M. Street, NW
Washington, DC 20037-1350

Richard R. Rosenthal, Esq.
J. Callen Sparrow, Esq.
GARRISON SCOTT GAMBLE
  & ROSENTHAL, PC
2224 First Avenue North
Birmingham, Alabama 35202

Steven J. Toll, Esq.
COHEN MILSTEIN HAUSFELD
  & TOLL, PLLC
The First Interstate Building
999 Third Avenue, Suite 3600
Seattle, WA 98104-4001

Pitts Carr, Esq.
CARR TABB POPE & FREEMAN
10 North Parkway Square, NW
4200 Northside Parkway
Atlanta, Georgia 30327

G. Douglas Jones, Esq.
Joe R. Whatley, Jr, Esq,
Russell Jackson Drake, Esq.
Othni J. Lathram, Esq.
WHATLEY DRAKE, LLC
2323 2nd Avenue North
Birmingham, Alabama 35202-0647

Lauren E. Wagner, Esq.
Martin D. Chitwood, Esq.
Nikole M. Davenport, Esq.
CHITWOOD & HARLEY
2900 Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309

Mark McNair, Esq.
1101 30th Street, NW
Suite 500
Washington, DC 20007

Robert B. Roden, Esq.
SHELBY & CARTEE, LLC
2956 Rhodes Circle
Birmingham, Alabama 35205

Robert I. Harwood, Esq.
WECHSLER HARWOOD, LLP
488 Madison Avenue
New York, New York 10022

Charles J. Piven, Esq.
CHARLES J. PIVEN, PA
World Trade Center, Suite 2525
401 East Pratt Street
Baltimore, MD 21202

Jules Brody, Esq.
STULL STULL & BRODY
6 East 45th Street
New York, New York 10017

Joseph Weiss, Esq.
WEISS & YOURMAN
551 Fifth Avenue, Suite 1600
New York, New York 10176

M. Clay Ragsdale, IV, Esq.
1929 Third Avenue North, Suite 550
Birmingham, Alabama 35253-0924

S. Gene Cauley, Esq.
Randall K. Pulliam, Esq.
CAULEY GELLER BOWMAN
  & COATES, LLP
P.O. Box 25438
Little Rock, Arkansas 72212-5438

I. Stephen Rabin, Esq.
RABIN & PECKEL, LLP
275 Madison Avenue, 34th Floor
New York, New York 10016

Neil L. Selinger, Esq.
LOWEY DANNENBERG BEMPORAD
  & SELINGER
One North Lexington Avenue, Floor 11
White Plains, NY 10601-1714

John G. Emerson, Jr., Esq.
11311 Arcade Drive, Suite 102
Little Rock, AR 72221-5336

Marc S. Henzel, Esq.
210 West Washington Square

Third Floor
Philadelphia, PA 19106-3503

Michael Miske, Esq.
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ
270 Madison Avenue
New York, New York 10016

James M. Wooten, Esq.
2001 Park Place North, Suite 910
Birmingham, Alabama 35203

Roger H. Bedford, Jr., Esq.
BEDFORD ROGERS & BOWLING, PA
P.O. Box 669
Russellville, Alabama 35653

_____
OF COUNSEL